United States Bankruptcy Court
Middle District of Florida

Mahony,
    Plaintiff

Rodriguez,
    Defendant

Adv. Proc. No. 15-00038-CCJ

# CERTIFICATE OF NOTICE

District/off: 113A-6     User: admin     Page 1 of 1     Date Rcvd: May 11, 2015
                  Form ID: pdfADI     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2015.
```
pla            +Diane Mahony,    14812 Tanja King Blvd.,    Orlando, FL 32828-7342
dft            +Jaime Rodriguez,    8631 Laureate Blvd.,    Orlando, FL 32827-7495
pla            +John Mahony,    14812 Tanja King Blvd.,    Orlando, FL 32828-7342
dft            +Maria Celeste Rodriguez,    8631 Laureate Blvd.,    Orlando, FL 32827-7495
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2015                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2015 at the address(es) listed below:
       Brad E Kelsky    on behalf of Plaintiff Diane  Mahony bradkelsky@kelskylaw.com
       Brad E Kelsky    on behalf of Plaintiff John  Mahony bradkelsky@kelskylaw.com
                                                                          TOTAL: 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Jaime Rodriguez and Maria Celeste Rodriguez  
        Debtor

Case No. 6:15−bk−01397−CCJ

Chapter 7

    John Mahony  
        Plaintiff,  
        v.

Adv. Proc. No. 6:15−ap−00038−CCJ

    Jaime Rodriguez  
        Defendant.

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days of issuance.

Address of Clerk

Lee Ann Bennett, Clerk of Court  
Middle District of Florida  
George C. Young Federal Courthouse  
400 West Washington Street  
Suite 5100  
Orlando, FL 32801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

Brad E Kelsky  
Kelsky Law, P.A.  
1250 S. Pine Island Road  
Plantation, FL 33324

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Lee Ann Bennett*  
_____  
Lee Ann Bennett  
Clerk of Court