UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:15-bk-01397-CCJ
Chapter 7

IN RE:

JAIME RODRIGUEZ & MARIA CELESTE RODRIGUEZ,

    Debtors
_____/

DIANE MAHONY and JOHN MAHONY,

    Plaintiffs,

vs.                                                                                                Adversary Proceeding

JAIME RODRIGUEZ and MARIA RODRIGUEZ,                       No.  6:15-00038-CCJ

    Defendants.
_____/

## NOTICE OF FILING VERIFIED RETURN OF SERVICE UPON DEFENDANT, MARIA CELESTE RODRIGUEZ

NOTICE is hereby given that Plaintiffs have served Defendant, MARIA CELESTE RODRIGUEZ, with the Compliant to Determine Dischargeability of Judgment Debt with Exhibits on May 12, 2015 per the attached Verified Return of Service.

                                                                     /s Brad E. Kelsky
                                                                   BRAD E. KELSKY, ESQ.
                                                                   Kelsky Law, P.A.
                                                                   1250 S. Pine Island Florida
                                                                   Suite 250
                                                                   Plantation, FL 33324
                                                                   954.449.1400
                                                                   Fax:  954.449.8986
                                                                   Email:  bradkelsky@kelskylaw.com
                                                                   FBN:  0059307

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF this 18th day of May 2015 to:

Raymond J. Rotella, Esq.
Kosto & Rotella, P.A.
519 East Washington Street
Orlando, FL 32801
407.425.3456

                                        /s Brad E. Kelsky
                                        _____
                                        BRAD E. KELSKY, ESQ.

## AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

Case Number: 6:15 BK 01397 CCJ

Plaintiff:
**JOHN MAHONY**

vs.

Defendant:
**JAIME RODRIGUEZ**

For:
Brad E. Kelsky, Esq.
LAW OFFICES OF BRAD E. KELSKY, P.A.
1250 S. Pine Island Road
Suite 250
Plantation, FL 33324

Received by Gotcha Legal Services, Inc. on the 11th day of May, 2015 at 5:23 pm to be served on Maria Celeste Rodriguez, 8631 Laureate Blvd., Orlando, FL 32827.

I, Anthony Ko, being duly sworn, depose and say that on the 12th day of May, 2015 at 7:26 pm, I:

**SUBSTITUTE** served by delivering a true copy of the **Alias Summons In An Adversary Proceeding Doc 6 and Complaint to Determine Dischargeability of Judgment Debt with Exhibits** with the date and hour of service endorsed thereon by me, to: **JAIME RODRIGUEZ** as **SPOUSE/CO-TENANT** at the address of: **8631 Laureate Blvd., Orlando, FL 32827**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida Statute 48.031(1)(a).

**Military Status:** Based on inquiry by the affiant, the defendant is not an active duty member of the U.S. Armed Forces.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: SPANISH, Height: 5'6, Weight: 230, Hair: BROWN, Glasses: N



## AFFIDAVIT OF SERVICE For 6:15 BK 01397 CCJ

I certify that I am a Certified Process Server pursuant to FS 48.027, and that I have no interest in the above action. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the 14 day of May 2015 by the affiant who is personally known to me.

_Deborah A. Samuel_
NOTARY PUBLIC

DEBORAH A. SAMUEL
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF186350
Expires 1/12/2019

_Anthony Ko_
**Anthony Ko**
CPS# 0250

**Gotcha Legal Services, Inc.**
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2015003099
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r