IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

JOHN MAHONY and DIANE
MAHONY, as husband and wife,

    Plaintiffs,

vs.                                                                                          CASE NO.:   2011-CA-16841-O

JAMIE RODRIGUEZ and MARIA
RODRIGUEZ, as husband and wife,

    Defendants.
_____/

### VERDICT FORM

We, the jury, return the following verdict:

1. Did the Defendants misrepresent the condition of home?

    Yes ___✓___           No _____

If your answer to this question is "yes," then please answer Question # 2. If your answer to this question is "no," then your verdict is for the Defendants and you should sign the verdict form and return it to the Court.

2. What is the amount of damages sustained by Plaintiffs as a result of the misrepresentations made about the home?

    $ 78,128.87

SO SAY WE ALL, this 30th day of July, 2014.

                                                         _____
                                                         FOREMAN/FOREWOMAN

Exhibit "B"