IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

JOHN MAHONY and DIANE
MAHONY, as husband and wife,

    Plaintiffs,

vs.                                          CASE NO.:   2011-CA-16841-O

JAMIE RODRIGUEZ and MARIA
RODRIGUEZ, as husband and wife,

    Defendants.
_____/

## FINAL JUDGMENT IN FAVOR OF PLAINTIFFS

Pursuant to the verdict rendered in this action, IT IS ADJUDGED that Plaintiffs, JOHN MAHONY & DIANE MAHONY (14812 Tanja King Blvd., Orlando, FL 32828), as husband and wife, recover from Defendants, JAMIE RODRIGUEZ and MARIA RODRIGUEZ, as husband and wife (14736 Hellman Lane, Orlando, FL 32828), the sum of $78,128.87 plus prejudgment interest in the amount of $9,913.85 for a total of $88,042.72, that shall bear interest at the statutory rate for which let execution issue.

It is further ordered and adjudged that the judgment debtors shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditors' attorney, or the judgment creditors if the judgment creditors are not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this is case is retained to enter further orders that are proper to compel the judgment debtors to complete form 1.977, including all required attachments, and serve it on the

~~Exhibit "A"~~

Exhibit "C"

judgment creditors' attorney, or the judgment creditors if the judgment creditors are not represented by an attorney.

The Court further retains jurisdiction to award taxable costs and attorney's fees to Plaintiffs as the prevailing parties.

DONE and ORDERED in Chambers at Orlando, Orange County, Florida, this 30 day of Sept, 2014.

_____
Circuit Court Judge

Copies furnished to:
Brad E. Kelsky, Esq.
Darren M. Soto, Esq.
John & Diane Mahony, 14812 Tanja King Blvd., Orlando, FL 32828
Jamie & Maria Rodriguez, 14736 Hellman Lane, Orlando, FL 32828