**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: June 5, 2015**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 6:15–ap–00038–CCJ
                                                                      Chapter 0

_____Debtor*_____/

### ORDER ABATING AMENDED COMPLAINT NATURE OF SUIT: 62 (DISCHARGEABILITY – 523(A)(2), FALSE PRETENSES, FALSE REPRESENTATION, ACTUAL FRAUD)

   THIS CASE came on for consideration, without hearing, of the Amended Complaint Nature of Suit: 62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud) by Plaintiffs , Doc. # 12 . After a review of the motion , the Court determines that the motion is deficient as follows:

☑ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005–1.

☐ The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not include a complete property address.

☐ The motion does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.