UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:

JAIME RODRIGUEZ and MARIA CELESTE RODRIGUEZ

    Debtors.

CASE NO. 6:15-BK-1397-CCJ
ADV. FILE NO. 6:15-AP-00038-CCJ

_____

DIANE MAHONY and JOHN MAHONY

    Plaintiffs,

v.

JAIME RODRIGUEZ and MARIA RODRIGUEZ

    Defendants.
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a preliminary evidentiary hearing in said cause will be held in George C. Young Courthouse, 400 West Washington Street, Courtroom 6D, 6th Floor, Orlando, Florida 32801 on **July 8, 2015 at 2:00 O'CLOCK P.M.** to consider and act upon the following:

**Defendants' Motion to Quash due to improper service (Doc. #11)**

and transact such other business as may properly come before the Court.

    All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

    The hearing may be continued upon announcement made in Open Court without further notice.

    Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man, a dress or pants suit is appropriate for a woman.

    Due to heightened security procedures, persons must present photo identification to enter

the Courthouse and arrive early.

    I HEREBY CERTIFY that a true copy of the above Notice of Hearing has been furnished by U. S. Mail, Postage Prepaid, First Class/electronic transmission, to US Trustee, 400 W. Washington St., #1100, Orlando, Florida 32801; and to Brad E. Kelsky, Esquire, 1250 S. Pine Island Road, Plantation, Florida 33324 this 9th day of June, 2015.

/s/ Raymond J. Rotella
RAYMOND J. ROTELLA, OF
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
ATTORNEYS FOR Defendants
rrotella@kostoandrotella.com
dmeyer@kostoandrotella.com