UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:

JAIME RODRIGUEZ and MARIA CELESTE RODRIGUEZ

    Debtors.

CASE NO. 6:15-BK-1397-CCJ
ADV. FILE NO. 6:15-AP-00038-CCJ

DIANE MAHONY and JOHN MAHONY

    Plaintiffs,

v.

JAIME RODRIGUEZ and MARIA RODRIGUEZ

    Defendants.
_____/

## ANSWER TO COMPLAINT OF PLAINTIFFS

COMES NOW the Defendants, by and through their undersigned attorneys, and file this their Answer to the Complaint of Plaintiffs, as follows:

1. Admit the allegation, but deny Plaintiffs are entitled to the relief requested.

2. Admit.

3. Admit.

4. Admit.

5. Admit the Complaint as filed, but deny all else alleged in the State Court pleading.

6. Denied.

7. Admit Exhibit "B", but deny the jury found a fraudulent misrepresentation.

8. Admit Exhibit "C", but deny the Judgment finding that Defendants were guilty of a fraudulent misrepresentation..

9. Admit there was not an appeal and that the question of attorney fees amount was

1

not decided before this bankruptcy was filed.

10. Defendants repeat their answers to the paragraphs above.

11. Admit the legal proposition, but deny it is applicable under our facts.

12. Denied as plead.

13. Denied as plead.

14. Denied.

WHEREFORE, the Defendants pray the Court dismiss this case with prejudice.

## AFFIRMATIVE DEFENSES

1. The Amended Complaint alleges in paragraph one the cause of action is under §523(a)(2)(4) and (6), yet there is nothing plead to justify a recovery under §523(a)(4)(6).

2. The jury verdict did not make findings sufficient to deny a discharge of a debt under 11 U.S.C. §523(a)(2), and is therefore, not entitled to any res judicata.

3. The State Court Judgment does not make findings sufficient enough to establish the required elements of §523(a)(2) and is therefore, not entitled to any res judicata.

WHEREFORE, it is prayed the Court dismiss the Complaint.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by United States Mail/electronic transmission to Brad E. Kelsky, Esquire, 1250 S. Pine Island Road, Plantation, Florida 33324 this 15th day of June, 2015.

RAYMOND J. ROTELLA, OF
KOSTO & ROTELLA, P.A.
Post Office Box 113
Orlando, Florida 32802
Telephone: 407/425-3456
Facsimile: 407/423-5498
Florida Bar Number 157951
Rrotella@kostoandrotella.com
Dmeyer@kostoandrotella.com
ATTORNEYS for Defendants

2