

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/18/2015 02:45 PM

COURTROOM  6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-01397-CCJ | Chapter 7 | 04/20/2015 |
| **ADVERSARY:** 6:15-ap-00038-CCJ | | **Pltf Atty:** Brad E Kelsky |
| | | **Dft Atty:** Raymond J Rotella |
| **DEBTOR:** | Jaime Rodriguez and Maria Celeste Rodriguez | |

**HEARING:**

Mahony et al v. Rodriguez et al

JOHN AND DIANE MAHONY -V- JAIME AND MARIA RODRIGUEZ
CONTINUED PRETRIAL CONFERENCE
1) Request by Plaintiffs to Take Judicial Notice (Doc #35)
Objection by Defendant to Plaintiff's request to take judicial notice (Doc #39)
Pltf Atty: Bard Kelsky
Def Atty: Raymond Rotella
Note: Answer (Doc #36)
Joint Pretrial and Discovery Conference Report (Doc #40)
Con't from 9/2/15, dispositive motions are to be filed by 10/31/15
-Pending: Motion by Plaintiff For Summary Judgment (Doc #42) - filed 11/1/15

**APPEARANCES:**:
Brad Kelsky: Pltf Atty
Raymond Rotella: Def Atty

**RULING:**
CONTINUED PRETRIAL CONFERENCE -   Continued to 1/27/16 at 2:45pm (AOCNFNG);

1) Request by Plaintiffs to Take Judicial Notice   (Doc #35) - Moot.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.