[6advnhrg] [NOTICE OF HEARING ADV] ..

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:    Case No. 6:15−bk−01397−CCJ
          Chapter 7

Jaime Rodriguez

Maria Celeste Rodriguez

_____Debtor(s)_____/

John Mahony

     Plaintiff(s)

vs.    Adv. Pro. No. 6:15−ap−00038−CCJ

Jaime Rodriguez

_____Defendant(s)_____/

NOTICE OF PRELIMINARY HEARING

    NOTICE IS HEREBY GIVEN that a hearing in this adversary proceeding will be held on April 20, 2016 at 10:00 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801to consider and act upon the following and transact such other business that may come before the court:

    Oral Ruling on:

Motion by Plaintiff for Summary Judgment (Doc #42)

Objection by Defendant to Motion for Summary Judgment (Doc #45)

Opposition Memorandum by Plaintiff in Reply to Defendant's Objection to Motion for Summary Judgment and Motion by Defendant for Summary Judgment (Doc #49)

Memorandum by Plaintiff of Law in Support of Position that Jury Instructions Control (Doc #54)

Memorandum by Defendant of Law Concerning the Issue of Law (Doc #55)

    Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

**\*\*\*NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS OR TRIAL \*\*\***

In accordance with Local Rule 9070–1, all exhibits must be pre–marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post–judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30–day limit set herein.

DATED on March 16, 2016 .

> FOR THE COURT
> Lee Ann Bennett, Clerk of Court
>
> George C. Young Federal Courthouse
> 400 West Washington Street
> Suite 5100
> Orlando, FL 32801