ORDERED.

Dated:  June 07, 2016

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:15-bk-01397-CCJ
Chapter 7

IN RE:

JAIME RODRIGUEZ & MARIA CELESTE RODRIGUEZ,

    Debtors
_____/

DIANE MAHONY and JOHN MAHONY,

    Plaintiffs,

vs.                                                                               Adversary Proceeding

JAIME RODRIGUEZ and MARIA RODRIGUEZ,          No. 6:15-ap-00038-CCJ

    Defendants.
_____/

## NONDISCHARGEABLE FINAL JUDGMENT

THIS CAUSE came before the Court for consideration on the Joint Motion for Entry of Nondischargeable Final Judgment filed by DIANE MAHONY and JOHN MAHONY ("Mahony"), and JAIME RODRIGUEZ and MARIA CELESTE RODRIGUEZ ("Rodriguez"), (Doc. #61) in this

proceeding. The Court, upon consideration of the Motion, the record, and being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Judgment entered in the Circuit Court, in and for Orange County, Ninth Judicial Circuit, Florida, in Case No. 2011-CA-16841-O ("State Court Action") dated September 30, 2014, in the amount of $88,042.72 in favor of Mahony and against Rodriguez, shall survive this bankruptcy as a nondischargeable debt in the amount of $60,000.00. The payment terms are set forth in a separate agreement executed by the parties, which agreement will be enforceable in the State Court action.

2. The Court hereby lifts the automatic bankruptcy stay in effect for the State Court Action.

Copies furnished to:

Raymond J. Rotella, Esq., P.O. Box 113, Orlando, FL 32802
Brad Kelsky, Esq., 1250 S. Pine Island Road, Suite 250, Plantation, FL 33324

Raymond Rotella prepared this Nondischargeable Final Judgment, and shall serve same on all parties with proof of service within three days of its entry.